1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  STEPHEN J. BETZ, Bar #234510
   Staff Attorney
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant Craig Alan Reed

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   No. 6:06-MJ-0161
                                       )
12              Plaintiff,              )   WAIVER OF DEFENDANT'S PERSONAL
                                       )   PRESENCE; ORDER THEREON
13      v.                              )
                                       )
14 CRAIG ALAN REED,                    )
                                       )
15              Defendant.              )
                                       )

17      Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences and motions hearings.

20      Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. He agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

24 ///
25 ///
26 ///
27 ///
28 ///

DATED: October 3, 2006

/s/ Craig Alan Reed
ANTHONY GHIDOSSI
Defendant

DATED: October 13, 2006

/s/ Stephen J. Betz
STEPHEN J. BETZ
Staff Attorney
Attorney for Defendant
CRAIG ALAN REED

# O R D E R

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

**Dated:   October 16, 2006**          /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE