**UNITED STATES DISTRICT COURT**
<u>     Eastern     </u> District of <u>     California     </u>

UNITED STATES OF AMERICA

JUDGMENT

V.

Case Number: <u>6:06-mj-00161-WMW</u>

CRAIG A. REED

<u>Stephen Betz, A.F.D.</u>
Defendant's Attorney

THE DEFENDANT:

[X]   Pleaded guilty to counts <u>TWO AND FOUR</u>.

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23(A)(1) | Driving Under the Influence of Alcohol | Two | 8/23/2006 |
| 36 CFR 4.21 c | Speeding | Four | 8/23/2006 |

*The defendant is sentenced as provided in pages 2 through <u>2</u> of this Judgment.*

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
<u>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</u>

*Defendant's mailing address:*

<u>P.O. Box 18</u>
<u>Death Valley, CA 92328</u>

*Defendant's residence address:*

<u>Death Valley, CA 92328</u>

January 23, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

Date: 1/24/2007

AO 245S Modified (3/90) Sheet 4 - Probation

Judgment--Page 2 of 2

Defendant: CRAIG REED
Case Number: 6:06-mj-00161-WMW

## PROBATION

The defendant is hereby placed on unsupervised probation for a term of:

        24 Months.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:

1. Pursuant to 18 USC 3563 (b)(10), the defendant is remanded to the custody of the Bureau of Prisons to be imprisoned for a term of 20 days, with a credit of 2 days, for a total of 18 days.

2. The defendant shall pay a fine total of $580.00 and a penalty assessment of $20.00. Bail posted in the amount of $500 shall be applied to fine, the remaining $100 shall be paid in payments of $50 per month commencing on 3/13/2007 and due on the 13th of each month until paid in full. Payments shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.

3. The defendant shall attend Alcoholic Anonymous meetings once per week for 12 months. Proof of attendance shall be provided the Court through his attorney on or before June 15th, 2007 and December 14, 2007. If defendant fails to provide proof he shall return to court on December 18, 2007 at 10:00 AM.

4. The defendant shall perform 30 hours of community service on or before December 14, 2007, (without receiving compensation) at a non-profit organization with written proof by that organization submitted to the Court through his attorney on or before December 18, 2007. If proof of community service is not submitted, the defendant shall return to court on December 18, 2007 at 10:00 AM.

5. The defendant shall not drive a vehicle unless the vehicle is properly insured and registered.

6. The defendant shall no drive a vehicle with out a valid driver's license.

7. The defendant shall not drive a vehicle with any detectable amount of alcohol in system.